IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PHI HEALTH, LLC, | ) |
|                 Plaintiff, | ) Case No. 1:25-cv-00619-KWR-LF |
| v. | ) |
| CENTENE CORPORATION D/B/A WESTERN SKY COMMUNITY CARE, and WESTERN SKY COMMUNITY CARE, INC., | ) |
|                 Defendants. | ) |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff PHI Health, LLC ("Plaintiff") and Defendants Centene Corporation d/b/a Western Sky Community Care, and Western Sky Community Care, Inc. ("Defendants" and collectively with Plaintiff, the "Parties") jointly move this Court to stay proceedings until September 30, 2025. In support, the Parties state the following:

1. On May 30, 2025, Plaintiff filed Case No. D-1010-CV-2025-00064, *PHI Health, LLC v. Centene Corporation d/b/a Western Sky Community Care, and Western Sky Community Care, Inc.* in the Tenth Judicial District Court, County of Quay, in the State of New Mexico (the "State Action") and alleged the following causes of action: (1) enforcement of two alleged Independent Dispute Resolution ("IDR") determinations and (2) violation of the New Mexico No Surprises Act (ECF No. 4, Exhibit A).

2. On June 2, 2025, the State of New Mexico's Office of Superintendent of Insurance accepted service on behalf of Defendants (ECF No. 4, Exhibit B).

3. On June 30, 2025, Defendants removed the State Action to this Court pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 (ECF No. 1).

4. On July 1, 2025, Defendants filed Defendants' Amended Notice of Removal (ECF No. 4) and provided Plaintiff with a copy of same.

5. On July 2, 2025, Defendants filed a Notice of Agreed Extension (ECF No. 7). As a result, Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is July 28, 2025.

6. "As part of the inherent power to control its docket, the district court has the power to stay proceedings pending before it." *Aersale, Inc. v. Aviation Pers., LLC*, 2025 U.S. Dist. LEXIS 70834, at *6 (D.N.M. Apr. 14, 2025) (quoting *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016)).

7. The Parties are currently investigating and discussing the two alleged IDR determinations at issue in the Complaint. With additional time to investigate and discuss the IDR determinations, the Parties may resolve some or all the disputed issues in this action, obviating the need for further litigation. Further, briefing a motion to dismiss and/or proceeding with discovery risks wasting the Parties' and the Court's time and resources. Thus, the Parties agree that granting a stay of these proceedings to give the Parties additional time to investigate and discuss the IDR determinations will promote judicial efficiency.

8. The Parties are jointly requesting a stay of these proceedings. Neither Plaintiff nor Defendants will be prejudiced because of the requested stay. The Parties are not seeking a stay in bad faith. The Parties agree to file a status report by or before September 30, 2025 if they have not resolved this action.

WHEREFORE, Plaintiff PHI Health, LLC and Defendants Centene Corporation d/b/a Western Sky Community Care, and Western Sky Community Care, Inc. respectfully request that the Court grant the Parties' Joint Motion to Stay Proceedings and enter an order staying

proceedings until September 30, 2025, and for any further relief as the Court deems just and appropriate.

DATED: July 25, 2025

Respectfully submitted,

*/s/ Christina Muscarella Gooch*

Christina Muscarella Gooch
SUTIN, THAYER & BROWNE
6100 Uptown Boulevard NE, Suite 400
Albuquerque, NM 87110
(505) 855-9520
TMG@sutinfirm.com

Steven Hamilton (*pro hac vice forthcoming*)
REED SMITH LLP
10 South Wacker Drive
37th Floor
Chicago, IL 60606
(312) 207-2802
shamilton@reedsmith.com

*Attorneys for Defendants*

-and-

*Jeremy K. Harrison (Approved on July 25, 2025)*

Jeremy K. Harrison
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
jkh@modrall.com

*Attorney for Plaintiff*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2025, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Southern District of New Mexico using the CM/ECF system, which will send a notice to all counsel of record.

                                                                   */s/ Christina Muscarella Gooch*

7485048