# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PHI HEALTH, LLC, | ) |
| Plaintiff, | ) Case No. 1:25-cv-00619-KWR-LF |
| v. | ) |
| CENTENE CORPORATION D/B/A WESTERN SKY COMMUNITY CARE, and WESTERN SKY COMMUNITY CARE, INC., | ) |
| Defendants. | |

## ORDER STAYING PROCEEDINGS

Before the Court is Plaintiff PHI Health, LLC ("Plaintiff") and Defendant Centene Corporation ("Defendant" and collectively with Plaintiff, the "Parties") Joint Motion to Stay Proceedings.

The Court, having considered the Motion and documents filed with the Court Clerk, finds that good cause exists for the relief requested in the Motion. As a result, the Motion is well taken and should be GRANTED. IT IS THEREFORE,

ORDERED that the Parties' Joint Motion to Stay Proceedings is GRANTED; and

ORDERED that the proceedings are stayed until September 30, 2025.

**SO ORDERED**

Dated: July 30, 2025

\_\_\_\_\_/S/_____
United States District Judge